UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

STRIKE 3 HOLDINGS, LLC,

       Plaintiff,

    -v-

JOHN DOE, *subscriber assigned IP address 66.65.32.21*,

       Defendant.

---------------------------------------------------------------------X

22-cv-10694 (LJL)

<u>ORDER</u>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2023
```

LEWIS J. LIMAN, United States District Judge:

   The motion to file the amended complaint with limited redactions at Dkt. No. 18 is granted. Plaintiff shall file the amended complaint publicly with the name and identifying information of the Defendant redacted, as reflected on Dkt. No. 20.

   SO ORDERED.

Dated: September 12, 2023
   New York, New York

            LEWIS J. LIMAN
           United States District Judge